**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LAURA M. PIERCE,**

        **Plaintiff,**

vs.                                       **Case No.: 2:14-cv-1989
JUDGE SMITH
Magistrate Judge Kemp**

**COMMISSIONER OF
SOCIAL SECURITY,**

        **Defendant.**

## ORDER

On October 30, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant, the Commissioner of Social Security. (*Report and Recommendation*, Doc. No. 15). The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. Plaintiff's statement of errors is hereby **OVERRULED** and final judgment shall be entered in favor of the Commissioner of Social Security.

The Clerk shall remove Document 15 from the Court's pending motions list and close this case.

        **IT IS SO ORDERED.**

                                                  */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**